# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 6, 2016

### NO. 03-14-00189-CR

**Fred Schneider, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to remove any reference to a plea bargain or any statement suggesting that appellant pleaded guilty and to remove the deadly-weapon finding. The trial court's judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.